UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-9061-KK-PVCx | Date: | December 17, 2024 |
| Title: | Robbionta Monson v. FBOP | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On October 21, 2024, the Clerk of Court issued a Notice of Discrepancies informing Petitioner to pay the filing fees in full within 30 days.  ECF Docket No. ("Dkt.") 2.  Petitioner was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice.  Id.

To date, Plaintiff has not paid the required filing fees.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

**IT IS SO ORDERED**.